| | |
|---|---|
| MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorney for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation*<br><br>GARY D. FELDON (DC Bar No. 987142)<br>gary.feldon@usdoj.gov<br>Federal Programs Branch<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Washington, DC 20044<br>Telephone: (202) 598-0905<br>Facsimile: (202) 616-8460<br><br>*Attorney for Defendant* | LEWIS E. HUDNELL, III (CA SBN 218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP P.C.<br>800 West El Camino Real, Suite 180<br>Mountain View, California 94040<br>Telephone: (650) 564-3698<br>Facsimile: (347) 772-3034<br><br>*Attorney for Proposed Intervenors US Inventor, 360 Heros, Inc., Larry Golden, World Source Enterprises, LLC, Dareltech LLC, Tinnus Enterprises, LLC, Clearplay, Inc., E-Watch, Inc.*<br><br>*A complete list of parties and counsel appears on the signature page per Local Rule 3-4(a)(1)* |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, and INTEL CORPORATION,<br><br>           Plaintiffs,<br><br>   v.<br><br>ANDREI IANCU, Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>           Defendant. | Case No. 20-cv-6128-EJD<br><br>**STIPULATED REQUEST TO AMEND SCHEDULING ORDER ON TRO/PI MOTION AND [PROPOSED] ORDER** |

In accordance with Civil Local Rules 6-2 and this Court's rules and orders, the parties respectfully request that the Court amend its scheduling order with respect to briefing on Proposed Intervenors' Application for a Temporary Restraining Order and Motion or Entry of a Preliminary Injunction Against the Director of the United States Patent and Trademark Office ("TRO/PI Motion"), Dkt. 34. In particular, the parties respectfully request that Plaintiffs be permitted to file an opposition to Proposed Intervenors' motion on October 12, 2020, the date on which Defendant's opposition to the motion is due, Dkt. 37.

In support of this request, the parties hereby stipulate as follows:

1. On September 25, 2020, Proposed Intervenors US Inventor, Inc. and World Source Enterprises, LLC, filed their TRO/PI Motion, Dkt. 34.

2. On September 29, 2020, Proposed Intervenors and Defendant filed a Joint Request and Stipulation To Enter Scheduling Order for TRO/PI Briefing, Dkt. 37. The Joint Request and Stipulation proposed an extension of the deadline for Defendant's opposition to the TRO component of Proposed Intervenors' motion but did not address the deadline for Plaintiffs' opposition. On September 30, 2020, the Court entered the requested briefing schedule, Dkt. 38. At present, Defendant's opposition to Proposed Intervenors' TRO/PI Motion is due by October 12, 2020, and Proposed Intervenors' reply is due by October 19, 2020. The Court also scheduled a hearing on the motion for January 14, 2021.

3. Absent Proposed Intervenors' application for a TRO, Plaintiffs' opposition to the motion would be due on October 9, 2020, pursuant to Local Rule 7-3(a) and Federal Rule of Civil Procedure 6(a)(1).

4. Plaintiffs request that the Court permit Plaintiffs to file a consolidated opposition to the TRO/PI Motion no later than October 12, 2020, the date on which Defendant's opposition is due.

5. Defendant and Proposed Intervenors have consented to this request.

6. This is Plaintiffs' first request with regard to the filing deadline for their opposition to the TRO/PI Motion. Plaintiffs and Proposed Intervenors jointly requested an extension of the

1  deadline for responding to the pending motion for intervention, Dkt. 30, which this Court granted, Dkt. 31.

7.  Granting Plaintiffs' request will coordinate the deadline for Plaintiffs' opposition with Defendant's deadline and will not require the alteration of any deadline for Defendant or Proposed Intervenors.  The absence of any prejudice to the parties is indicated by their uniform consent.  Finally, granting Plaintiffs' request will not affect the hearing date set by the Court.

Based on the foregoing, and for good cause shown, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, subject to the Court's approval:

1.  Plaintiffs' deadline to respond to Proposed Intervenors' TRO/PI motion is extended through and including October 12, 2020.

**IT IS SO STIPULATED**.

Dated:  October 1, 2020                                                         Respectfully submitted,

By: */s/ Gary Feldon*

  GARY D. FELDON (DC Bar No. 987142)
  gary.feldon@usdoj.gov
  Federal Programs Branch
  U.S. DEPARTMENT OF JUSTICE
  1100 L Street, NW
  Washington, DC 20044
  Telephone: (202) 598-0905
  Facsimile: (202) 616-8460

  *Attorney for Defendant*

By: */s/ Lewis E. Hudnell, III*

  LEWIS E. HUDNELL, III (CA SBN 218736)
  lewis@hudnelllaw.com
  HUDNELL LAW GROUP P.C.
  800 West El Camino Real, Suite 180
  Mountain View, California 94040
  Telephone: (650) 564-3698

By: */s/ Mark D. Selwyn*

  MARK D. SELWYN (CA SBN 244180)
  mark.selwyn@wilmerhale.com
  WILMER CUTLER PICKERING
    HALE AND DORR LLP
  2600 El Camino Real, Suite 400
  Palo Alto, California 94306
  Telephone: (650) 858-6000
  Facsimile: (650) 858-6100

  Catherine M.A. Carroll (*pro hac vice*)
  David M. Lehn (*pro hac vice*)
  Rebecca Lee (*pro hac vice*)
  catherine.carroll@wilmerhale.com
  david.lehn@wilmerhale.com
  rebecca.lee@wilmerhale.com
  WILMER CUTLER PICKERING
  HALE AND DORR LLP
  1875 Pennsylvania Avenue NW
  Washington, DC 20006
  Telephone: (202) 663-6000
  Facsimile: (202) 663-6363

| | | |
|---|---|---|
| 1 | Facsimile: (347) 772-3034 | ALYSON ZUREICK (*pro hac vice*) |
| 2 | Robert P. Greenspoon (*pro hac vice* forthcoming) | alyson.zureick@wilmerhale.com WILMER CUTLER PICKERING |
| 3 | rpg@fg-law.com FLACHSBART & GREENSPOON | HALE AND DORR LLP 7 World Trade Center |
| 4 | LLC 333 North Michigan Ave., Suite 2700 | 250 Greenwich Street New York, NY 10007 |
| 5 | Chicago, IL 60601-3901 Telephone: (312) 551-9500 | Telephone: (212) 230-8800 Facsimile: (212) 230-8888 |
| 6 | Facsimile: (312) 551-9501 | *Attorneys for Plaintiffs Apple Inc., Cisco* |
| 7 | *Attorneys for Proposed Intervenors US Inventor, 360 Heros, Inc., Larry* | *Systems, Inc., and Intel Corporation* |
| 8 | *Golden, World Source Enterprises, LLC, Dareltech LLC, Tinnus* | Daniel T. Shvodian (CA SBN 184576) DShvodian@perkinscoie.com |
| 9 | *Enterprises, LLC, Clearplay, Inc., E-Watch, Inc.* | Perkins Coie LLP 3150 Porter Drive |
| 10 | | Palo Alto, CA 94304-1212 Telephone: (650) 838-4300 |
| 11 | | Facsimile: (650) 737-5461 |
| 12 | | Theresa Nguyen (CA SBN 284581) |
| 13 | | RNguyen@perkinscoie.com Perkins Coie LLP |
| 14 | | 1201 Third Avenue, Suite 4900 Seattle, WA 98101-3099 |
| 15 | | Telephone: (206) 359-6068 Facsimile: (206) 359-9000 |
| 16 | | |
| 17 | | Andrew T. Dufresne (*pro hac vice*) ADufresne@perkinscoie.com |
| 18 | | Perkins Coie LLP 33 East Main Street, Suite 201 |
| 19 | | Madison, WI 53703-3095 Telephone: (608) 663-7492 |
| 20 | | Facsimile: (608) 663-7499 |
| 21 | | *Attorneys for Plaintiff Google LLC* |

- 3 -

STIPULATED REQUEST TO AMEND SCHEDULING
ORDER ON TRO/PI MOTION
Case No 20-CV-6128-EJD

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____    _____
The Honorable Edward J. Davila
United States District Judge

**ECF ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER ON TRO/PI MOTION. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Mark D. Selwyn*
      Mark D. Selwyn