Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

APPLE INC. et al.

        Plaintiff(s),

v.

ANDREI IANCU, in his official capaci

        Defendant(s).

Case No: 5:20-CV-06128

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert Philip Greenspoon, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see attached in the above-entitled action. My local co-counsel in this case is Lewis E. Hudnell, III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 333 N. Michigan Ave., 27th Floor<br>Chicago, IL 60601 | 800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040 |
| MY TELEPHONE # OF RECORD:<br>(312) 551-9500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 564-7720 |
| MY EMAIL ADDRESS OF RECORD:<br>rpg@fg-law.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lewis@hudnelllaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: IL 6229357.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/06/20

                                  Robert Philip Greenspoon
                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert Philip Greenspoon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2020

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

LIST OF PARTIES REPRESENTED:

US INVENTOR

360 HEROS, INC.

LARRY GOLDEN

WORLD SOURCE ENTERPRISES, LLC

DARELTECH LLC

TINNUS ENTERPRISES, LLC

CLEARPLAY, INC.

E-WATCH, INC.