Michael Liu Su (SBN 300590)
michael.liu.su@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice to be filed*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

David K. Mroz (*pro hac vice to be filed*)
david.mroz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Amici Curiae Monolithic Power Systems Inc., Engine Advocacy, and ACT | The App Association*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, and EDWARDS LIFESCIENCES LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ANDREI IANCU, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>                    Defendant. | Case No. 20-cv-6128-EJD<br><br>**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF MONOLITHIC POWER SYSTEMS, INC.; ENGINE ADVOCACY; AND ACT \| THE APP ASSOCIATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      March 11, 2021<br>Time:      9:00 AM<br>Location:  Courtroom 4, 5th Floor<br>Judge:     Hon. Edward J. Davila |

*Amici curiae* Monolithic Power Systems, Inc. ("MPS"); Engine Advocacy; and ACT | The App Association hereby requests permission to file the attached *amici curiae* brief in support of Plaintiffs' Motion for Summary Judgment. Counsel for the *amici curiae* has reviewed Plaintiffs' motion in this action and believes it can assist the Court in resolving key issues raised in the motion: (1) whether the *NHK-Fintiv* rule exceeds the Director's statutory authority under the Leahy-Smith America Invents Act; (2) whether the *NHK-Fintiv* rule is arbitrary and capricious and an abuse of discretion in violation of the APA; and (3) whether the Director exceeded his authority and violated the AIA by adopting the *NHK-Fintiv* rule without notice-and-comment rulemaking.

*Amici curiae* are companies and organizations that interact extensively with the patent system and relies upon a robust patent system in order to protect their proprietary and legal interests. The disposition of the case will have lasting impacts on amici curiae's proprietary and legal interests, and on the interests of others in the industry because it makes it harder for amici curiae to invalidate bad patents covering prior-art designs through the IPR process. This, in turn, allows nuisance patent holders to slow amici curiae's innovative progress by causing unnecessary litigations over patents that never should have issued in the first place—which is what the IPR statute was intended to protect against.

The proposed *amicus curiae* brief attached to this motion elaborates on this, supplementing the Plaintiffs' motion and hopefully aiding this Court in making its decision on the same. Accordingly, *amici curiae* respectfully requests leave to file this attached *amicus* brief. Plaintiffs have consented to the filing of this brief.

Dated: December 3, 2020

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By:   /s/ Michael Liu Su
    Michael Liu Su
    *Attorneys for Amici Curiae Monolithic Power Systems Inc., Engine Advocacy, and ACT | The App Association*

1

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 20-CV-6128-EJD