Michael Liu Su (SBN 300590)
michael.liu.su@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice to be filed*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

David K. Mroz (*pro hac vice to be filed*)
david.mroz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Amici Curiae Monolithic Power
Systems Inc., Engine Advocacy, and
ACT | The App Association*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, and EDWARDS LIFESCIENCES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI IANCU, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>Defendant. | Case No. 20-cv-6128-EJD<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF FOR AMICI CURIAE MONOLITHIC POWER SYSTEMS, INC; ENGINE ADVOCACY; AND ACT | THE APP ASSOCIATION IN SUPPORT OF PLAINTIFFS' MOTON FOR SUMMARY JUDGMENT** |

# [~~PROPOSED~~] ORDER

Upon consideration of the motion of Monolithic Power Systems, Inc.; Engine Advocacy; and ACT | The App Association (collectively "Amici") for leave to file as *amici curiae* in support of Plaintiffs' Motion for Summary Judgment, it is hereby ORDERED that the motion is GRANTED.

The Clerk is directed to file movants' *amicus curiae* brief on the docket for this matter.

**IT IS SO ORDERED**.

Dated: December 16, 2020

_____
Honorable Edward J. Davila
United States District Court Judge
Northern District of California