MICHAEL D. GRANSTON
Deputy Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
GARY FELDON, D.C. Bar No. 987142
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20044
Telephone: (202) 598-0905
Facsimile: (202) 616-8470
Email: gary.d.feldon@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW HIRSHFELD,<br>Performing the Functions and Duties of the<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office,<br><br>    Defendant. | Case No.: 5:20-cv-06128-EJD<br><br>**Defendant's Notice of New Authority in Support of His Motion to Dismiss**<br><br>Hon. Edward J. Davila<br><br>Date: Under Submission |

Defendant Andrew Hirshfeld, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), submits this notice of new authority in support of his motion to dismiss, ECF No. 64.

In *Mylan Laboratories Ltd. v. Janssen Pharmaeutica, N.V.*, 21-1071 (Fed. Cir. Mar. 12, 2021), the Federal Circuit denied an appeal and mandamus petition concerning the denial of *inter partes* review ("IPR") based on the application of the *Fintiv* factors. Exhibit A (*Mylan* Decision). Mylan sought mandamus relief based on (1) the USPTO "adopting the *Fintiv* standard through a precedential Board decision, rather than notice-and-comment rulemaking," (2) "the *Fintiv* standard [allegedly] unlawfully shorten[ing] the limitations period for filing an IPR," and (3) the alleged deprivation of due process from the denial of IPR institution based on parallel litigation. *Id.* at 10-11. The court rejected Mylan's claims for relief, stating:

> As the Supreme Court has explained, "the [Patent Office]'s decision to deny a petition is a matter committed to the Patent Office's discretion. *See* [5 U.S.C.] § 701(a)(2); 35 U.S.C. § 314(a) (no mandate to institute review)." *Cuozzo*, 136 S. Ct. at 2140. The Director is permitted, but never compelled, to institute an IPR. And no petitioner has a right to such institution. For example, the Director is free, as in this case, to determine that for reasons of administrative efficiency an IPR will not be instituted, as agencies generally are free, for similar reasons, to choose not to initiate enforcement proceedings. *Heckler v. Chaney*, 470 U.S. 821, 830–32 (1985). And the Supreme Court has determined that such a decision is committed to agency discretion by law. *Cuozzo*, 136 S. Ct. at 2140. Given this determination and the statute's bestowal of discretion on the Director combined with its prohibition on appeal of such decisions, we conclude that there is no reviewability of the Director's exercise of his discretion to deny institution except for colorable constitutional claims.

*Id.* at 11-12. Defendant believes this new authority will assist the Court in its consideration of the pending motion to dismiss.

DATED: March 12, 2021

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Gary Feldon*
GARY D. FELDON D.C. Bar #987142
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20044
Telephone: (202) 598-0904
E-mail: gary.d.feldon@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on March 12, 2021, in Washington, D.C.

                                                     */s/ Gary Feldon*
                                                     GARY D. FELDON