MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

CATHERINE M.A. CARROLL (*pro hac vice*)
catherine.carroll@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation*

DANIEL T. SHVODIAN (CA SBN 184576)
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 737-5461

*Attorney for Plaintiff Google LLC*

JOHN B. SGANGA (CA SBN 116211)
John.Sganga@knobbe.com
KNOBBE MARTENS OLSON & BEAR
 LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorney for Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC*

*A complete list of parties and counsel appears on the signature page per Local Rule 3-4(a)(1)*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, and EDWARDS LIFESCIENCES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI IANCU, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>Defendant. | Case No. 20-cv-6128-EJD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: Under Submission<br><br>Judge: Hon. Edward J. Davila |

The Federal Circuit's decision in *Mylan Laboratories Ltd. v. Janssen Pharmaceutica, N.V.*, No. 21-1071 (Fed. Cir. Mar. 12, 2021), is irrelevant to this action for three reasons:

First, *Mylan* addresses the Federal Circuit's jurisdiction to review a decision to deny an IPR petition (whether by appeal or by mandamus), but Plaintiffs do not seek review of a specific institution decision on a particular IPR petition; therefore neither § 314(d) nor the standards governing mandamus apply here. *See* MTD Opp. 18-19.

Second, *Mylan* discusses the Director's discretion to deny IPR petitions, slip op. at 6, 11-12, but Plaintiffs do not dispute that the Director has discretion to deny otherwise-eligible petitions. Rather, Plaintiffs contend that the Director cannot exercise that discretion in a manner that contravenes the America Invents Act ("AIA") or the Administrative Procedure Act ("APA"), and *Mylan* nowhere addresses that issue or embraces the Director's contrary position. *Mylan* cites *Heckler v. Chaney*, 470 U.S. 821 (1985), but does not purport to disagree with *Heckler*'s recognition—pertinent here—that even when taking an act otherwise committed to their discretion by law, agencies are not "free to disregard legislative direction in the statutory scheme that the agency administers," *id.* at 833. Nor does *Mylan* suggest that "administrative efficiency" immunizes an arbitrary and unreasoned rule that contravenes the AIA and APA from judicial review.

Third, *Mylan* does not discuss the test for reviewability under § 701(a)(2) or disturb the settled proposition that § 701(a)(2) does not even apply to a claim that an agency adopted a rule in violation of the APA's notice-and-comment requirements, a point the Director does not dispute. *See* MTD Opp. 21.

Dated: March 15, 2021

Respectfully submitted,

By: */s/ Mark D. Selwyn*

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

Facsimile: (650) 858-6100

CATHERINE M.A. CARROLL (*pro hac vice*)
DAVID M. LEHN (*pro hac vice*)
REBECCA LEE (*pro hac vice*)
catherine.carroll@wilmerhale.com
david.lehn@wilmerhale.com
rebecca.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ALYSON ZUREICK (*pro hac vice*)
alyson.zureick@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation*

DANIEL T. SHVODIAN (CA SBN 184576)
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 737-5461

THERESA NGUYEN (CA SBN 284581)
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-6068
Facsimile: (206) 359-9000

ANDREW T. DUFRESNE (*pro hac vice*)
ADufresne@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7492
Facsimile: (608) 663-7499

*Attorneys for Plaintiff Google LLC*

JOHN B. SGANGA (CA SBN 116211)
CHRISTY G. LEA (CA SBN 212060)
John.Sganga@knobbe.com
Christy.Lea@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff Edwards Lifesciences Corporation and Edwards Lifesciences LLC*

ATTORNEY ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn