MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

CATHERINE M.A. CARROLL (*pro hac vice*)
catherine.carroll@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation*

DANIEL T. SHVODIAN (CA SBN 184576)
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 737-5461

*Attorney for Plaintiff Google LLC*

JOHN B. SGANGA (CA SBN 116211)
John.Sganga@knobbe.com
KNOBBE MARTENS OLSON & BEAR
    LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorney for Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC*

*A complete list of parties and counsel appears on the signature page per Local Rule 3-4(a)(1)*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, and EDWARDS LIFESCIENCES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREI IANCU, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>Defendant. | Case No. 20-cv-6128-EJD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: Under Submission<br><br>Judge: Hon. Edward J. Davila |

The Supreme Court's recent decision in *TransUnion LLC v. Ramirez*, No. 20-297 (June 25, 2021), does not aid the Director. To the extent that decision is relevant, it favors Plaintiffs.

*TransUnion* addressed the question of whether the defendant's alleged violation of a federal statutory right owed to the plaintiffs satisfied the injury-in-fact requirement. Reiterating its prior statement in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016), *as revised* (May 24, 2016), the Court "rejected the proposition that 'a plaintiff automatically satisfies the injury-in-fact requirement whenever a statute grants a person a statutory right and purports to authorize that person to sue to vindicate that right.'" Slip op. at 10 (quoting *Spokeo*, 136 S. Ct. at 1549). Rather, the Court wrote: "Only those plaintiffs who have been concretely harmed by a defendant's statutory violation" have standing to sue. *Id.* at 11. Accordingly, the Court also reiterated that "bare procedural violations, divorced from any concrete harm … do[] not suffice for Article III standing." *Id.* (quoting *Spokeo*, 136 S. Ct. at 1549). *TransUnion*'s articulation of controlling principles for evaluating injury in fact thus broke no ground and has no material effect on this case because, as Plaintiffs have explained, they do not rely on an allegation of bare statutory violation but rather have alleged concrete and particularized injuries. *See* Compl. ¶¶ 52-60; Dkt. 92 at 7-9 ("MTD Opp.").

In fact, *TransUnion*'s application of these principles to the case before it confirms that Plaintiffs here have met the injury-in-fact requirement. Plaintiffs challenge the *NHK-Fintiv* rule, which has been and likely will continue to be applied to foreclose Plaintiffs' IPR petitions. As alleged in the amended complaint and explained in their opposition to the motion to dismiss, Plaintiffs contend that the *NHK-Fintiv* rule creates "a substantial risk" that their "IPR petitions will be denied" and that Plaintiffs "will thereby be deprived of IPR's benefits." MTD Opp. 7; *see also* Compl. ¶¶ 52-60. For standing purposes, then, Plaintiffs are more akin to the "Maine citizen[]" whose "land is polluted by a nearby factory," not the "plaintiff in Hawaii." *TransUnion*, slip op. at 11. And the Court's suggestion that courts "assess whether the alleged injury to the plaintiff has a 'close relationship' to a harm 'traditionally' recognized as providing a basis for a lawsuit," *id.* at 9 (quoting *Spokeo*, 136 S. Ct. at 1549), is satisfied here because, as Plaintiffs have explained, it is well-established that the denial of a chance to obtain a benefit is an injury in fact, *see* MTD Opp. 8. *TransUnion* did not suggest otherwise.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2021 | Respectfully submitted, |
| 2 | | By: /s/ Mark D. Selwyn |
| 3 | | |
| 4 | | MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 5 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 6 | | 2600 El Camino Real, Suite 400<br>Palo Alto, California 94306 |
| 7 | | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 8 | | |
| 9 | | CATHERINE M.A. CARROLL (*pro hac vice*)<br>DAVID M. LEHN (*pro hac vice*) |
| 10 | | catherine.carroll@wilmerhale.com<br>david.lehn@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 12 | | 1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 13 | | Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |
| 14 | | |
| 15 | | ALYSON ZUREICK (*pro hac vice*)<br>alyson.zureick@wilmerhale.com |
| 16 | | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 17 | | 7 World Trade Center<br>250 Greenwich Street |
| 18 | | New York, NY 10007<br>Telephone: (212) 230-8800 |
| 19 | | Facsimile: (212) 230-8888 |
| 20 | | *Attorneys for Plaintiffs Apple Inc., Cisco* |
| 21 | | *Systems, Inc., and Intel Corporation* |
| 22 | | DANIEL T. SHVODIAN (CA SBN 184576) |
| 23 | | DShvodian@perkinscoie.com<br>PERKINS COIE LLP |
| 24 | | 3150 Porter Drive<br>Palo Alto, CA 94304 |
| 25 | | Telephone: (650) 838-4300<br>Facsimile: (650) 737-5461 |
| 26 | | |
| 27 | | |
| 28 | | |

THERESA NGUYEN (CA SBN 284581)
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-6068
Facsimile: (206) 359-9000

ANDREW T. DUFRESNE (*pro hac vice*)
ADufresne@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7492
Facsimile: (608) 663-7499

*Attorneys for Plaintiff Google LLC*

JOHN B. SGANGA (CA SBN 116211)
CHRISTY G. LEA (CA SBN 212060)
John.Sganga@knobbe.com
Christy.Lea@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff Edwards Lifesciences Corporation and Edwards Lifesciences LLC*

ATTORNEY ATTESTATION

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn