| | |
|---|---|
| MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorney for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation* | JOHN B. SGANGA (CA SBN 116211)<br>John.Sganga@knobbe.com<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main St. 14th Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>*Attorney for Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC* |
| DANIEL T. SHVODIAN (CA SBN 184576)<br>DShvodian@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 737-5461<br><br>*Attorney for Plaintiff Google LLC* | GARY D. FELDON (DC Bar No. 987142)<br>gary.feldon@usdoj.gov<br>Federal Programs Branch<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Washington, DC 20044<br>Telephone: (202) 598-0905<br>Facsimile: (202) 616-8460<br><br>*Attorney for Defendant*<br><br>*A complete list of parties and counsel appears on the signature page per Local Rule 3-4(a)(1)* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, and EDWARDS LIFESCIENCES LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANDREW HIRSHFELD, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office,<br><br>        Defendant. | Case No. 20-cv-6128-EJD<br><br>**JOINT STIPULATION FOR ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

In accordance with Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-1(b) and 6-2 and this Court's rules and orders, Plaintiffs Apple Inc., Cisco Systems, Inc., Google LLC, Intel Corporation, Edwards Lifesciences Corporation, and Edwards Lifesciences LLC, and Defendant Andrew Hirshfeld, by and through their respective counsel, hereby stipulate and agree that good cause exists to continue the Initial Case Management Conference currently scheduled for November 4, 2021, ECF No. 127, until December 9, 2021, and continue all related deadlines while the Court considers Defendant's pending motion to dismiss, ECF No. 64, and Plaintiffs' pending motion for summary judgment, ECF No. 65.  As the parties have previously informed the Court (ECF Nos. 67, 114, 116, 120, 124, 126), the parties believe that this case may be resolved in its entirety on the pending motions and that discovery is unnecessary.

DATED: October 25, 2021                    Respectfully submitted,

By: */s/ Gary D. Feldon*                    By: */s/ Catherine M.A. Carroll*

GARY D. FELDON (DC Bar No. 987142)
gary.feldon@usdoj.gov
Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20044
Telephone: (202) 598-0905
Facsimile: (202) 616-8460

*Attorney for Defendant*

By: */s/ Daniel T. Shvodian*

DANIEL T. SHVODIAN (CA SBN 184576)
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 737-5461

THERESA NGUYEN (CA SBN 284581)
RNguyen@perkinscoie.com
PERKINS COIE LLP

CATHERINE M.A. CARROLL (*pro hac vice*)
DAVID M. LEHN (*pro hac vice*)
REBECCA LEE (*pro hac vice*)
catherine.carroll@wilmerhale.com
david.lehn@wilmerhale.com
rebecca.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-6068
Facsimile: (206) 359-9000

ANDREW T. DUFRESNE (*pro hac vice*)
ADufresne@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7492
Facsimile: (608) 663-7499

*Attorneys for Plaintiff Google LLC*

ALYSON ZUREICK (*pro hac vice*)
alyson.zureick@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Plaintiffs Apple Inc., Cisco Systems, Inc., and Intel Corporation*

By: */s/ John B. Sganga*

JOHN B. SGANGA (CA SBN 116211)
CHRISTY G. LEA (CA SBN 212060)
John.sganga@knobbe.com
Christy.lea@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main St. 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiffs Edwards Lifesciences Corporation and Edwards Lifesciences LLC*

---

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:  The Initial Case Management Conference currently scheduled for November 4, 2021, is continued until December 9, 2021.  The Parties shall file a joint case management statement by November 29, 2021.

DATED: _____            _____
The Honorable Edward J. Davila
United States District Judge

## ATTORNEY ATTESTATION

I, Catherine M.A. Carroll, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ *Catherine M.A. Carroll*
Catherine M.A. Carroll