**[~~PROPOSED~~] FINAL JUDGMENT**

WHEREAS on November 10, 2021, the Court entered an Order granting Defendant's Motion to Dismiss the Amended Complaint and terminating Plaintiffs' Motion for Summary Judgment,

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the foregoing, the Court hereby ORDERS and ENTERS JUDGMENT in favor of the defendant.

The Clerk is directed to close the case.

DATED: December 13, 2021

The Honorable Edward J. Davila
United States District Judge