# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**

*Plaintiffs-Appellants*

v.

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendant-Appellee*

---

2022-1249

---

Appeal from the United States District Court for the Northern District of California in No. 5:20-cv-06128-EJD, Judge Edward J. Davila.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED**

FOR THE COURT

March 13, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court